IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID GONZALES,

       Plaintiff,

vs.                                               No. CIV 15-0168 JB/CEG

ROSS SANCHEZ, DANIEL SALAZAR;
and the BERNALILLO COUNTY DISTRICT
ATTORNEY'S OFFICE,

       Defendants.

## ORDER OF DISMISSAL

**THIS MATTER** comes before the Court on: (i) the Order to Cure Deficiency, filed March 2, 2015 (Doc. 5)("Order"); and (ii) the Order, filed April 1, 2015 (Doc. 8)("2nd Order"). The Order and 2nd Order require Plaintiff David Gonzales to cure certain filing deficiencies. See Order at 1; 2nd Order at 1. The record indicates that Gonzales' copies of the Order and the 2nd Order were returned undelivered. See Envelope from the Office of the Clerk of the United States District Court for the District of New Mexico to David Gonzales (dated Mar. 26, 2015), filed March 26, 2015 (Doc. 6)(marked as undeliverable and asking for Gonzales' prisoner identification number); Envelope from the Office of the Clerk of the United States District Court for the District of New Mexico to David Gonzales (dated Mar. 31, 2015), filed March 31, 2015 (Doc. 7)(marked as undeliverable and asking for Gonzales' prisoner identification number); Envelope from the Office of the Clerk of the United States District Court for the District of New Mexico to David Gonzales (dated Apr. 22, 2015), filed April 22, 2015 (Doc. 9)(marked as undeliverable and noting that Gonzales is no longer in custody). Because Gonzales has failed to comply with statutory filing requirements, the Court's orders, and the local rules, see Baker v. Suthers, 9 F. App'x 947, 949 (10th Cir. 2001)(unpublished), or to show cause why these failures should be excused, the Court

will dismiss the Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed February 26, 2015 (Doc. 1).   The Court has directed the Clerk's office to resend the Court's orders to Gonzales with his prisoner identification number.

      **IT IS ORDERED** that the Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed February 26, 2015 (Doc. 1), is dismissed without prejudice, and this action is dismissed.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE

*Party:*

David Gonzales
Bernalillo County Metropolitan Detention Center
Albuquerque, New Mexico

      *Plaintiff pro se*